No. 53208.—American Express Co. et al. v. United States, protests 142061–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53209.—Berolio Import Co., Inc., et al. v. United States, protests 143857–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

## MAY 25, 1949

No. 53210.—SUIT 4603.—Griffon Importing Co. v. United States.— C. D. 1106 reversed March 22, 1949. C. A. D. 408.

BEFORE THE FIRST DIVISION, JUNE 1, 1949

No. 53211.—Saul H. Gilbert et al. v. United States, protests 91273–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53212.—E. B. Baehr & Sons et al. v. United States, protests 93741–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53213.—R. H. Macy & Co., Inc. v. United States, protest 101014–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53214.—Czecho-Slovak Glass Products Co. v. United States, protest 139791–K (A) (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 53215.—Castlecliff, Inc., et al. v. United States, protests 141343–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53216.—Chew Chong Tai & Co .et al. v. United States, protests 78418–K, etc. (San Francisco).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.